PROB 12C
(7/93)

Report Date: December 29, 2009

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 4 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Hector Francisco Munoz-Arevalo    Case Number: 2:09CR06017-001

Address of Offender: Last Address:                          Kennewick, WA 99336

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 6/3/2009

Original Offense:    Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2)

Original Sentence:   Prison - 4 Months; TSR - 12 Months    Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Gregory M. Shogren    Date Supervision Commenced: 8/1/2009

Defense Attorney:     James S. Becker       Date Supervision Expires: 7/31/2010

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/9/2009.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 4 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |

**Supporting Evidence for Violation 3 and 4**: Hector Francisco Munoz-Arevalo is considered in violation of his term of supervised release by committing the crime of possessing a controlled substance, marijuana, on or about November 20, 2009, in violation of Revised Code of Washington 9.32.020(1).

Mr. Munoz-Arevalo was arrested on November 20, 2009, by Kennewick Police Department officers. According to the police incident report, a search warrant was served at 1212 W. 10th Avenue apartment E203 in Kennewick. Upon execution of the warrant, the defendant was detained and pat searched. Located in the defendant's shorts pocket was two plastic bags with green vegetable matter identified as marijuana. Also located in his shorts pocket was a purple metal pipe with burnt residue that smelled of marijuana. The defendant was issued a criminal citation for possession of marijuana and possession of drug paraphernalia.

Prob12C
Re: Munoz-Arevalo, Hector Francisco
December 29, 2009
Page 2

On November 23, 2009, the defendant pled guilty in Benton County District Court, case number K9Y045542, to possession of marijuana and was sentenced to 90 days jail with 85 days suspended, 24 months unsupervised probation, and a $1,068 fine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December, 29, 2009

s/SanJuanita B. Coronado

U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

1/4/2010
Date